UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-8455-BER

IN RE:

SEALED COMPLAINT
_____/

FILED BY ____TM____ D.C.

Sep 8, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**MOTION TO SEAL**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to seal the attached complaint with the exception of a copy of the Warrant for Arrest to be provided to the U.S. Marshals Service, ATF, and any law enforcement officer assisting in the arrest of the defendant, relative to the above captioned matter until such time as the defendant is arrested or until further order of the Court. The defendant is a target of an active investigation, and the release of the complaint would likely compromise the investigation, hinder the arrest, unnecessarily endanger law enforcement, and cause those involved in offenses to elude law enforcement.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Adam C. McMichael*
_____
Adam C. Mcmichael
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 0772321
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Adam.McMichael@usdoj.gov